UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA A. KOCHUTEN,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant | Civil No. C07-0613-MJP-MAT<br><br><br><br>~~PROPOSED~~ ORDER FOR EXTENSION |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including November 9, 2007, to file Defendant's answering brief. It is further stipulated that Plaintiff shall have to and including November 23, 2007, to file Plaintiff's reply brief.

DATED this <u>15th</u> day of October, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Page 1    ~~PROPOSED~~ ORDER- [2:07-CV-613-MJP-MAT]

1  Presented by:

2

3  s/ CAROL A. HOCH   WSB # 9289
   Special Assistant U.S. Attorney
   Attorney for Defendant
4  Office of the General Counsel
   701 Fifth Ave, Ste 2900, M/S 901
5  Phone: 206-615-2684
   Fax:   206-615-2531
6  carol.a.hoch@ssa.gov

7

28  Page 2      ~~PROPOSED~~ ORDER- [2:07-CV-613-MJP-MAT]