FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 20 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00613-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA KOCHUTEN, | CASE NO. C07-0613-MJP |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER AFFIRMING COMMISSIONER |
| Defendant. | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court affirms the decision of the Commissioner; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this __18__ day of __Feb.__, 2008.

MARSHA J. PECHMAN
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1